

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2019

No. 04-18-00512-CR

**EX PARTE** Steven **ROBLES**,

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1302-W1
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

On February 5, 2019, appellant filed a "Motion to Obtain Transcript and Defendant's Pro Se Filings," which we construe as a request for a copy of the record. We note that on January 2, 2019, appellant's court appointed attorney, David McLane, certified that he provided a copy of the appellate record to appellant. After consideration, we **GRANT** appellant's motion.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court

